Joseph RUHREN, Plaintiff–Appellant,

v.

Marcos SPITTAL, Detective Prince William County Police; Luther, Sergeant Manassas A.D.C.; Meletis, Superintendent Manassas A.D.C., Defendants–Appellees.

No. 15–6905.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2015.

Decided: Oct. 23, 2015.

Joseph Ruhren, Appellant Pro Se.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Ruhren appeals the district court's order dismissing his 42 U.S.C.

§ 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ruhren v. Spittal*, No. 1:15–cv–00445–AJT–JFA (E.D.Va. May 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*